IN RE: David Lee SMITH, Petitioner.

No. 17-1610

United States Court of Appeals,
Fourth Circuit.

Submitted: September 28, 2017

Decided: October 2, 2017

David Lee Smith, Petitioner Pro Se.

Before WILKINSON, MOTZ, and
KING, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

David Lee Smith petitions for a writ of
mandamus seeking an order directing the
district court to investigate an alleged con-
spiracy between two district court judges
and Lexis Publishing. Smith also seeks an
order reducing his state sentence to time
served. We conclude that Smith is not
entitled to mandamus relief.

Mandamus relief is a drastic remedy and
should be used only in extraordinary cir-
cumstances. *Kerr v. U.S. Dist. Court*, 426
U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d
725 (1976); *United States v. Moussaoui*,
333 F.3d 509, 516-17 (4th Cir. 2003). Man-
damus relief is available only when the
petitioner has a clear right to the relief
sought. *In re First Fed. Sav. & Loan
Ass'n*, 860 F.2d 135, 138 (4th Cir. 1988).
Mandamus may not be used as a substitute
for appeal. *In re Lockheed Martin Corp.*,
503 F.3d 351, 353 (4th Cir. 2007). Further,
this court does not have jurisdiction to
review final state court orders, *Dist. of
Columbia Court of Appeals v. Feldman*,
460 U.S. 462, 482, 103 S.Ct. 1303, 75
L.Ed.2d 206 (1983).

The relief sought by Smith is not avail-
able by way of mandamus. Accordingly,
although we grant leave to proceed in for-
ma pauperis, we deny the petition for writ
of mandamus. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before this court and argument
would not aid the decisional process.

*PETITION DENIED*